# Composite Exhibit "1"

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,968,726**

**Registered May 31, 2011**

ON AG (SWITZERLAND SOCIÉTÉ ANONYME(SA))
HADLAUBSTRASSE 41
CH-8006 ZÜRICH, SWITZERLAND

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: CLOTHING, NAMELY, SHORTS, T-SHIRTS, TANK TOPS, SOCKS, SWEATSHIRTS, SWEATPANTS, JOGGING SUITS, WARM-UP SUITS, JACKETS, FOOTWEAR, HEADGEAR, NAMELY, HATS AND VISORS , IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF THE STYLIZED WORDING "ON" WITH THE "O" HAVING A RECTANGULAR EXTENSION AND APPEARING OVER THE "N".

PRIORITY DATE OF 10-22-2009 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1035684 DATED 2-4-2010, EXPIRES 2-4-2020.

SER. NO. 79-081,463, FILED 2-4-2010.

DARRYL SPRUILL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS      DOCUMENTS      MAINTENANCE                                    Back to Search            Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-04-23 11:28:20 EDT |
| **Mark:** | ON |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 79081463 | **Application Filing Date:** | Feb. 04, 2010 |
| **US Registration Number:** | 3968726 | **Registration Date:** | May 31, 2011 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active |
| | | The trademark application has been registered with the Office. |
| **Status:** | A Section 71 declaration has been accepted. | |
| **Status Date:** | Feb. 15, 2022 | |
| **Publication Date:** | Mar. 15, 2011 | |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## International Registration Information (Section 66a)

## TM Staff and Location Information

## Assignment Abstract Of Title Information

**Summary**                                                                    Conveyance Filter

| | | | |
|---|---|---|---|
| **Total Assignments:** | 5 | **Registrant:** | On AG |

**Assignment 1 of 5**

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF ADDRESS | | |
| **Reel/Frame:** | 4729/0950 | **Pages:** | 2 |

**Date Recorded:** Feb. 24, 2012

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/4729/0950

**Assignor**

**Name:** **ON AG**                                                    **Execution Date:** Dec. 27, 2011

**Legal Entity Type:** UNKNOWN                     **State or Country Where Organized:** SWITZERLAND

**Assignee**

**Name:** **ON AG**

**Legal Entity Type:** NOT PROVIDED          **State or Country Where Organized:** NOT PROVIDED

**Address:** HAMMERSTRASSE 7
CH-8008 Z?RICH ,

**Correspondent**

**Correspondent Name:** ON AG

**Correspondent Address:** HAMMERSTRASSE 7
CH-8008 Z?RICH
SWITZERLAND

**Domestic Representative - Not Found**

## Assignment 2 of 5

**Conveyance:** CHANGE OF ADDRESS

**Reel/Frame:** **4885/0629**                                    **Pages:** 2

**Date Recorded:** Oct. 23, 2012

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/4885/0629

**Assignor**

**Name:** **ON AG**                                                    **Execution Date:** Aug. 17, 2012

**Legal Entity Type:** UNKNOWN                     **State or Country Where Organized:** SWITZERLAND

**Assignee**

**Name:** **ON AG**

**Legal Entity Type:** NOT PROVIDED          **State or Country Where Organized:** NOT PROVIDED

**Address:** ROSENWEG 8
CH-8702 ZOLLIKON ,

**Correspondent**

**Correspondent Name:** ON AG

**Correspondent Address:** ROSENWEG 8
CH-8702 ZOLLIKON
SWITZERLAND

**Domestic Representative - Not Found**

## Assignment 3 of 5

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Reel/Frame:** **7577/0021**                                    **Pages:** 2

**Date Recorded:** Nov. 24, 2016

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7577/0021

**Assignor**

**Name:** **ON AG**                                                    **Execution Date:** Nov. 01, 2016

**Legal Entity Type:** UNKNOWN                     **State or Country Where Organized:** NOT PROVIDED

Feedback

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | | |
| **Legal Entity Type:** | GESELLSCHAFT MIT BESCHR¿NKTER HAFTUNG | **State or Country Where Organized:** | NOT PROVIDED |
| **Address:** | SEEALLEE 14 CH-9410 HEIDEN , | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | ON CLOUDS GMBH |
| **Correspondent Address:** | SEEALLEE 14 CH-9410 HEIDEN SWITZERLAND |

**Domestic Representative - Not Found**

### Assignment 4 of 5

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF ADDRESS | | |
| **Reel/Frame:** | **6967/0041** | **Pages:** | 2 |
| **Date Recorded:** | May 07, 2020 | | |
| **Supporting Documents:** | **https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6967/0041** | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | **Execution Date:** | Feb. 11, 2020 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | NOT PROVIDED |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | | |
| **Legal Entity Type:** | GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG | **State or Country Where Organized:** | NOT PROVIDED |
| **Address:** | C/O ON AG, CH-8005 ZÜRICH , | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | ON CLOUDS GMBH |
| **Correspondent Address:** | C/O ON AG, CH-8005 ZÜRICH SWITZERLAND |

**Domestic Representative - Not Found**

### Assignment 5 of 5

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF ADDRESS | | |
| **Reel/Frame:** | **7781/0388** | **Pages:** | 2 |
| **Date Recorded:** | Aug. 18, 2022 | | |
| **Supporting Documents:** | **https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7781/0388** | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | **Execution Date:** | Jun. 29, 2022 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | NOT PROVIDED |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | | |
| **Legal Entity Type:** | GESELLSCHAFT MIT BESCHR¿NKTER HAFTUNG | **State or Country Where Organized:** | NOT PROVIDED |
| **Address:** | F¿RRLIBUCKSTRASSE 190 CH-8005 Z¿RICH , | | |

Feedback

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | ON CLOUDS GMBH |
| **Correspondent Address:** | F¿RRLIBUCKSTRASSE 190<br>CH-8005 Z¿RICH<br>SWITZERLAND |

**Domestic Representative - Not Found**

## Proceedings - Click to Load

Feedback



# United States of America
### United States Patent and Trademark Office

# CLOUDTEC

**Reg. No. 4,462,668**
**Registered Jan. 7, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ON AG (SWITZERLAND AKTIENGESELLSCHAFT)
ROSENWEG 8
ZÜRICH-ZOLLIKON, SWITZERLAND CH-8702

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-0-2010; IN COMMERCE 7-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,030,472.

SER. NO. 85-945,330, FILED 5-29-2013.

JAMES MACFARLANE, EXAMINING ATTORNEY



Commissioner for Trademarks of the
United States Patent and Trademark Office

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-04-23 11:30:31 EDT |
| **Mark:** | CLOUDTEC |

CLOUDTEC

| | | | |
|---|---|---|---|
| **US Serial Number:** | 85945330 | **Application Filing Date:** | May 29, 2013 |
| **US Registration Number:** | 4462668 | **Registration Date:** | Jan. 07, 2014 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | The registration has been renewed. |
| **Status Date:** | Mar. 18, 2024 |
| **Publication Date:** | Oct. 22, 2013 |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information

**Summary**

| | | | Conveyance Filter |
|---|---|---|---|
| **Total Assignments:** | 1 | **Registrant:** | On AG |

**Assignment 1 of 1**

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | **6270/0297** | **Pages:** | 3 |
| **Date Recorded:** | Feb. 08, 2018 | | |
| **Supporting Documents:** | **https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6270/0297** | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **ON AG** | **Execution Date:** | Feb. 05, 2018 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | SWITZERLAND |

**Assignee**

| | |
|---|---|
| **Name:** | **ON CLOUDS GMBH** |

| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | SWITZERLAND |
|---|---|---|---|

| **Address:** | SEEALLEE 14 |
|---|---|
| | 9410 HEIDEN , |

**Correspondent**

| **Correspondent Name:** | DIANNE SMITH-MISEMER |
|---|---|

| **Correspondent Address:** | 10801 MASTIN, BLVD., SUITE 1000 |
|---|---|
| | OVERLAND PARK, KS 66210 |

**Domestic Representative - Not Found**

**Proceedings - Click to Load**

Feedback

# United States of America
## United States Patent and Trademark Office

# HELION

**Reg. No. 5,754,065**

**Registered May 21, 2019**

**Int. Cl.: 17, 25, 42**

**Service Mark**

**Trademark**

**Principal Register**

On Clouds GmbH  (SWITZERLAND GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
Seeallee 14
Ch-9410 Heiden
SWITZERLAND

CLASS 17: Foam rubber; gum, raw or semi-worked; raw or partly processed gum; synthetic gum, namely, partly processed gum; rubber, raw or semi-worked; gutta-percha; goods from plastic materials being semi-finished products, namely, adhesive plastic film for use in commercial or industrial manufacturing, plastic in bars, blocks, pellets, rods, sheets and tubes in further manufacture for general industrial use, plastic in powdered form

CLASS 25: Footwear soles; rubber soles for footwear; foam rubber soles for footwear; tongues or pull straps for footwear and boots; heels for footwear; footwear; shoes; moccasins; footwear for sports; running shoes; boots for mountain climbing; hiking boots; leisure footwear; beach footwear; bath slippers; slippers; boots; half-boots; sandals

CLASS 42: Research, development, design, and testing of new products for others in the field of soles for footwear, sports shoes and running shoes

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 02-05-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1422788 DATED 07-19-2018, EXPIRES 07-19-2028

SER. NO. 79-240,705, FILED 07-19-2018



Director of the United States
Patent and Trademark Office

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-04-23 11:31:43 EDT |
| **Mark:** | HELION |

# HELION

| | | | |
|---|---|---|---|
| **US Serial Number:** | 79240705 | **Application Filing Date:** | Jul. 19, 2018 |
| **US Registration Number:** | 5754065 | **Registration Date:** | May 21, 2019 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | A partial Section 71 and 15 declaration has been accepted and acknowledged. |
| **Status Date:** | Aug. 19, 2025 |
| **Publication Date:** | Mar. 05, 2019 |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## International Registration Information (Section 66a)

## TM Staff and Location Information

## Assignment Abstract Of Title Information

**Summary**

**Conveyance Filter**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 2 | **Registrant:** | On Clouds GmbH |

**Assignment 1 of 2**

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF ADDRESS | | |
| **Reel/Frame:** | **6967/0079** | **Pages:** | 2 |
| **Date Recorded:** | May 07, 2020 | | |
| **Supporting Documents:** | **https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6967/0079** | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | **Execution Date:** | Feb. 11, 2020 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | NOT PROVIDED |

**Assignee**

| | |
|---|---|
| **Name:** | **ON CLOUDS GMBH** |

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG | **State or Country Where Organized:** | NOT PROVIDED |
| **Address:** | C/O ON AG, CH-8005 ZÜRICH , | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | ON CLOUDS GMBH |
| **Correspondent Address:** | C/O ON AG, CH-8005 ZÜRICH SWITZERLAND |

**Domestic Representative - Not Found**

### Assignment 2 of 2

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF ADDRESS | | |
| **Reel/Frame:** | **7781/0446** | **Pages:** | 2 |
| **Date Recorded:** | Aug. 18, 2022 | | |
| **Supporting Documents:** | **https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7781/0446** | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | **Execution Date:** | Jun. 29, 2022 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | NOT PROVIDED |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | | |
| **Legal Entity Type:** | GESELLSCHAFT MIT BESCHR¿NKTER HAFTUNG | **State or Country Where Organized:** | NOT PROVIDED |
| **Address:** | F¿RRLIBUCKSTRASSE 190 CH-8005 Z¿RICH , | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | ON CLOUDS GMBH |
| **Correspondent Address:** | F¿RRLIBUCKSTRASSE 190 CH-8005 Z¿RICH SWITZERLAND |

**Domestic Representative - Not Found**

### Proceedings - Click to Load

# United States of America
## United States Patent and Trademark Office

# Cloudrock

**Reg. No. 5,887,768**

**Registered Oct. 22, 2019**

**Int. Cl.: 25, 28, 42**

**Service Mark**

**Trademark**

**Principal Register**

On Clouds GmbH  (SWITZERLAND GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
Seeallee 14
Ch-9410 Heiden, SWITZERLAND

CLASS 25: Clothing namely, tee-shirts, tops, singlets, tank tops, long sleeve shirts, sweatshirts, vests, jackets, pants, shorts, tights, skirts, socks; footwear; headwear; running shoes; footwear for sports; athletic footwear; footwear for walking; trail shoes; trail racing shoes; hiking boots; boots for mountain climbing; climbing footwear; climbing shoes; baseball shoes; football boots; tennis shoes; snowboard boots; ski boots; basketball shoes; bath slipper; sports clothing, namely, tee-shirts, tops, singlets, tank tops, long sleeve shirts, sweatshirts, vests, jackets, pants, shorts, tights, skirts, socks; leisure wear, namely, tee-shirts, tops, singlets, tank tops, long sleeve shirts, sweatshirts, vests, jackets, trousers, shorts, tights, skirts, socks; anti-moisture tops as clothing and pants; anti-moisture underwear; breathable tops as clothing and pants; breathable underwear; sports bras; tee-shirts; sports t-shirts; racing suits; tops as clothing; singlets; tank tops; long sleeve shirts; sweatshirts; vests; trousers; sport trousers; running pants; shorts; sports shorts; racing shorts; ski pants; jackets; outdoor jackets; sports jackets; sports coats; rain slickers; pelerines; ski jackets; bathing suits; bathing trunks; bikinis; baseball caps; caps being bonnets; bathing caps; leggings being leg warmers; boxer underpants; socks; sports socks; half-boots; sports tank tops; underwear; thermal protection clothing, namely, tee-shirts, tops, singlets, tank tops, long sleeve shirts, sweatshirts, vests, jackets, pants, shorts, tights, skirts; thermal underwear; thermal socks; thermal headwear; headbands; neck scarfs being mufflers; gloves; sweat bands; waist belts being clothing; bath robes

CLASS 28: Articles for gymnastics and sports, namely, sleds, spring boards, weight lifting belts; appliances for gymnastics, namely, gymnastic apparatus, gymnastic benches, gymnastic vaulting horses; wrist guards for athletic use; elbow guards for athletic use; knee guards for athletic use; shin guards for athletic use; bars, namely, exercise bars, gymnastic horizontal bars; balance beam for gymnastics; springboards; starting block for sport; body-building apparatus; hand-operated gymnastic apparatus; dumbbells; surfboards; sailboards; balls for games; balls for sports; soccer balls; rugby balls; training balls for sports; basketballs; balls for volleyball; in-line roller skates; hockey sticks; tennis rackets; skis; ski bindings; snowboards; climbing harnesses; ice skates

CLASS 42: Scientific and technological services, namely, research and design services relating to soles for footwear, sports and running footwear and gymnastic and sporting articles

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 07-26-2018 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1455818 DATED 01-23-2019, EXPIRES 01-23-2029

SER. NO. 79-254,394, FILED 01-23-2019



Director of the United States
Patent and Trademark Office

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                           Back to Search           Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-04-23 11:33:09 EDT |
| **Mark:** | CLOUDROCK |

Cloudrock

| | | | |
|---|---|---|---|
| **US Serial Number:** | 79254394 | **Application Filing Date:** | Jan. 23, 2019 |
| **US Registration Number:** | 5887768 | **Registration Date:** | Oct. 22, 2019 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |



**TM5 Common Status Descriptor:**    LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| **Status:** | A Section 71 and 15 declaration has been accepted and acknowledged. |
| **Status Date:** | Nov. 10, 2025 |
| **Publication Date:** | Aug. 06, 2019 |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## International Registration Information (Section 66a)

## TM Staff and Location Information

## Assignment Abstract Of Title Information

**Summary**                                                          Conveyance Filter

| | | | |
|---|---|---|---|
| **Total Assignments:** | 2 | **Registrant:** | On Clouds GmbH |

**Assignment 1 of 2**

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF ADDRESS | | |
| **Reel/Frame:** | 6967/0089 | **Pages:** | 2 |
| **Date Recorded:** | May 07, 2020 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6967/0089 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | ON CLOUDS GMBH | **Execution Date:** | Feb. 11, 2020 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | NOT PROVIDED |

**Assignee**

Feedback

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | | |
| **Legal Entity Type:** | GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG | **State or Country Where Organized:** | NOT PROVIDED |
| **Address:** | C/O ON AG, CH-8005 ZÜRICH , | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | ON CLOUDS GMBH |
| **Correspondent Address:** | C/O ON AG, CH-8005 ZÜRICH SWITZERLAND |

**Domestic Representative - Not Found**

### Assignment 2 of 2

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF ADDRESS | | |
| **Reel/Frame:** | **7781/0456** | **Pages:** | 2 |
| **Date Recorded:** | Aug. 18, 2022 | | |
| **Supporting Documents:** | **https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7781/0456** | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | **Execution Date:** | Jun. 29, 2022 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | NOT PROVIDED |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | | |
| **Legal Entity Type:** | GESELLSCHAFT MIT BESCHR¿NKTER HAFTUNG | **State or Country Where Organized:** | NOT PROVIDED |
| **Address:** | F¿RRLIBUCKSTRASSE 190 CH-8005 Z¿RICH , | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | ON CLOUDS GMBH |
| **Correspondent Address:** | F¿RRLIBUCKSTRASSE 190 CH-8005 Z¿RICH SWITZERLAND |

**Domestic Representative - Not Found**

**Proceedings - Click to Load**

Feedback

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,087,928**

**Registered Jun. 30, 2020**

**Int. Cl.: 9, 18, 24, 25, 28**

**Trademark**

**Principal Register**

On Clouds GmbH  (SWITZERLAND GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
C/o On Ag,
Pfingstweidstrasse 106 Ch-8005 Zürich
SWITZERLAND

CLASS 9: Goggles for sports; swim goggles; ski goggles; sunglasses; protective helmets for sports; wearable activity trackers; wearable computers in the nature of smart connected bracelets; smartwatches; headphones; in-ear headphones; electronic scales; downloadable computer application software for smartphones and mobile devices in the field of fitness and training for the purpose of personal training, coaching, training and fitness assessment; recorded computer application software for the creation of personalized fitness and training programs

CLASS 18: Leather and imitations of leather; luggage and all-purpose carrying bags; shoulder bags; sports rucksacks; bags for sports; rucksacks; bags for climbers in the nature of all-purpose carrying bags; daypacks; bags for sports shoes, for travel; bags for sports clothing; gym bags; shoe bags for travel; all-purpose sports bags; multi-purpose handbags; wrist-mounted handbags; beach bags; mountaineering sticks; pocket wallets; all-purpose carrying bags for use by campers; felt pouches; golf umbrellas; handbags; suitcases; travelling trunks; vanity cases, not fitted; leather purses, namely, handbags; leather bags; umbrellas; parasols; beach umbrellas; riding crops; barrel bags; clutch bags; wallets, namely, forearm wallets; hiking rucksacks; hiking sticks; hiking bags; shoulder bag

CLASS 24: Towels; towels of textile; towels, namely, sports towels and swimming towels

CLASS 25: Clothing, namely, tee-shirts, tops, singlets, tank tops, long sleeve shirts, sweatshirts, vests, jackets, pants, shorts, tights, skirts, socks; footwear; headwear; outdoor shoes; casual shoes; running shoes; sports shoes; athletic footwear; trekking shoes; trail shoes; trail running shoes; hiking boots; alpine boots; mountaineering boots; climbing shoes; baseball shoes; football boots; tennis shoes; snowboard boots; ski boots; basketball sneakers; bath slippers; sports clothing, namely, tee-shirts, tops, singlets, tank tops, long sleeve shirts, sweatshirts, vests, jackets, pants, shorts, tights, skirts, socks; leisure wear, namely, tee-shirts, tops, singlets, tank tops, long sleeve shirts, sweatshirts, vests, jackets, pants, shorts, tights, skirts, socks; moisture-wicking clothing in the nature of tops and pants; moisture-wicking underwear; breathable clothing in the nature of tops and pants; breathable underwear; sports bras; t-shirts; sports t-shirts; running shirts; tops as clothing; garments, namely, under garments, sleeping garments; tank-tops; long-sleeved jerseys; sweatshirts; vests; trousers;



Director of the United States
Patent and Trademark Office



sports trousers; running trousers; shorts; sports shorts; running shorts; ski pants; jackets; outdoor jackets; sports jackets; sports coats; rain slickers; pelerines; ski jackets; bathing suits; bathing trunks; bikinis; baseball caps; hats; caps being headwear; bathing caps; leg warmers; boxer shorts; socks; sports socks; footies; sports singlets; underwear; thermal clothing, namely, tee-shirts, tops, singlets, tank tops, long sleeve shirts, sweatshirts, vests, jackets, pants, shorts, tights, skirts; thermal underwear; thermal socks; headwear of thermal textile materials; headbands; scarves; gloves; sweat bands; head sweat bands; waist belts; bath robes

CLASS 28: Articles for gymnastics and sports, namely, sleds, spring boards, weight lifting belts; appliances for gymnastics; wrist guards for athletic use; elbow guards for athletic use; knee guards for athletic use; shin guards for athletic use; gymnastic parallel and horizontal bars; balance beams for gymnastics; springboards; starting blocks for sports; body-building apparatus; hand-operated gymnastic apparatus; dumbbells; surfboards; sailboards; balls for games; balls for sports; soccer balls; rugby balls; training balls; basketballs; balls for volleyball; in-line roller skates; hockey sticks; tennis rackets; skis; ski bindings; snowboards; climbing harnesses; ice skates

The mark consists of the stylized lowercase wording "ON" with the "O" appearing on top of the letter "N". Also, the "O" has a small square extension diagonally sticking out of its top-right side.

PRIORITY DATE OF 04-16-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1503051 DATED 09-24-2019, EXPIRES 09-24-2029

SER. NO. 79-273,921, FILED 09-24-2019

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-04-23 11:34:47 EDT |
| **Mark:** | ON |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 79273921 | **Application Filing Date:** | Sep. 24, 2019 |
| **US Registration Number:** | 6087928 | **Registration Date:** | Jun. 30, 2020 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Jun. 30, 2020 | | |
| **Publication Date:** | Apr. 14, 2020 | | |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## International Registration Information (Section 66a)

## TM Staff and Location Information

## Assignment Abstract Of Title Information

**Summary**

Conveyance Filter

| | | | |
|---|---|---|---|
| **Total Assignments:** | 2 | **Registrant:** | On Clouds GmbH |

**Assignment 1 of 2**

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF ADDRESS | | |
| **Reel/Frame:** | **6967/0111** | **Pages:** | 2 |

Feedback

| | |
|---|---|
| **Date Recorded:** | May 07, 2020 |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/6967/0111 |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | **Execution Date:** | Feb. 11, 2020 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | NOT PROVIDED |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | | |
| **Legal Entity Type:** | GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG | **State or Country Where Organized:** | NOT PROVIDED |
| **Address:** | C/O ON AG, CH-8005 ZÜRICH , | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | ON CLOUDS GMBH |
| **Correspondent Address:** | C/O ON AG, CH-8005 ZÜRICH SWITZERLAND |

**Domestic Representative - Not Found**

### Assignment 2 of 2

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF ADDRESS | | |
| **Reel/Frame:** | **7781/0478** | **Pages:** | 2 |
| **Date Recorded:** | Aug. 18, 2022 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7781/0478 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | **Execution Date:** | Jun. 29, 2022 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | NOT PROVIDED |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **ON CLOUDS GMBH** | | |
| **Legal Entity Type:** | GESELLSCHAFT MIT BESCHR¿NKTER HAFTUNG | **State or Country Where Organized:** | NOT PROVIDED |
| **Address:** | F¿RRLIBUCKSTRASSE 190 CH-8005 Z¿RICH , | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | ON CLOUDS GMBH |
| **Correspondent Address:** | F¿RRLIBUCKSTRASSE 190 CH-8005 Z¿RICH SWITZERLAND |

**Domestic Representative - Not Found**

**Proceedings - Click to Load**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,424,065**

**Registered Jun. 25, 2024**

**Int. Cl.: 9, 17, 18, 24, 25, 28, 35, 36, 38, 40, 41, 42, 44**

**Service Mark**

**Trademark**

**Principal Register**

On Clouds GmbH  (SWITZERLAND GESELLSCHAFT MIT BESCHRÄNKTER HAFTUNG (GMBH))
Förrlibuckstrasse 190
CH-8005 Zürich
SWITZERLAND

CLASS 9: Goggles for sports; swimming goggles; ski goggles; sunglasses; protective helmets for sports; wearable activity trackers; connected bracelets being wearable activity trackers; smart watches; headphones; in-ear headphones; electronic scales; downloadable and recorded computer application software for smartphones and mobile devices in the field of fitness and physical training for use in providing personal training, fitness coaching, fitness training and fitness assessment; downloadable and recorded application software for the creation of personalized fitness and training programs; downloadable virtual goods namely, computer programs featuring footwear, clothing, headwear, eyewear, bags, sports bags, backpacks, sports equipment, gymnastic and sporting articles, toys and fashion accessories for use in online and offline virtual worlds; downloadable virtual goods in the nature of digital image files of footwear, clothing, headwear, eyewear, bags, sports bags, backpacks, sports equipment, gymnastic and sporting articles, toys and fashion accessories authenticated by non-fungible tokens (NFTs); downloadable podcasts in the field of sports, running, fitness, physical training, footwear, fashion, sports articles; downloadable and prerecorded video films featuring sports, running, fitness, physical training, footwear, fashion, sports articles; downloadable and prerecorded sound and image recordings featuring sports, running, fitness, physical training, footwear, fashion, sports articles; data processing equipment in the nature of scanners; 3D scanners; biometric scanners; optical scanners; image recording apparatus; apparatus for recording, transmitting, processing and reproducing sound, images and data; surveying electronic measuring apparatus and scanners for running and gait analysis; electronic footwear sizing apparatus and scanners; downloadable and recorded computer software for use in database management, use in electronic storage of data from a user's running, fitness and physical training, use in running, fitness and physical training; downloadable application software for mobile

Katherine Kelly Vidal

**Director of the United States Patent and Trademark Office**



telephones namely, software for use in database management, use in electronic storage of data from a user's running, fitness and physical training, use in running, fitness and physical training; computer hardware and downloadable and recorded computer software for database management; downloadable and recorded computer software for running and gait analysis and footwear sizing; downloadable application software for mobile phones for running and gait analysis and footwear sizing

CLASS 17: Foam rubber; Gum raw or semi-worked; raw or partly processed gum; partly processed synthetic gum; raw or semi-worked rubber; gutta-percha; semi-finished molded products of plastic for use in the footwear industry

CLASS 18: Leather and imitations of leather; Luggage and travel bags; shoulder bags; multi-purpose bags for sports; sports bags; rucksacks; rucksacks for climbers; daypacks; bags for sports clothing; traveling bags for sports shoes and sports clothing; gym bags; shoe bags for travel; all-purpose sports bags; multi-purpose handbags; handbags attached at the wrist; beach bags; mountaineering sticks; wallets; bags for campers in the nature of all-purpose carrying bags; felt clutch bags; golf umbrellas; handbags; suitcases; traveling trunks; vanity cases, not fitted; leather handbags; leather bags; umbrellas; parasols; beach umbrellas; riding crops; barrel bags; clutch bags; wallets in the nature of clutch bags; hiking rucksacks; hiking sticks; hiking bags; backpacks compatible with personal hydration systems, sold empty

CLASS 24: Towels; Towels of textile materials; sports towels; swimming towels; fabrics for textile use; textile fabrics, namely synthetic fiber fabrics, semi-synthetic fiber fabrics, regenerated fiber yarn fabrics, knitted fabrics, mesh woven fabrics, mixed fiber fabrics; textile fabrics for use in the manufacture of apparel; textile materials, namely canvas fabric, acrylic fabrics, polyester fabric, chemical fiber fabrics; mixed fiber fabrics, synthetic fiber fabrics; silk fabrics; rayon fabrics

CLASS 25: Clothing, namely, tee-shirts, tops as clothing, singlets, tank tops, long sleeve shirts, sweatshirts, vests, jackets, pants, shorts, tights, skirts, socks; footwear; headwear; outdoor shoes; casual shoes; running shoes; sports shoes; athletic footwear; trekking shoes; trail shoes; trail running shoes; hiking boots; alpine boots; mountaineering boots; climbing shoes; baseball shoes; football boots; tennis shoes; snowboard boots; ski boots; basketball sneakers; bath slippers; sports clothing, namely, tee-shirts, tops as clothing, singlets, tank tops, long sleeve shirts, sweatshirts, vests, jackets, pants, shorts, tights, skirts, socks; leisure wear, namely, namely, tee-shirts, tops, singlets, tank tops, long sleeve shirts, sweatshirts, vests, jackets, pants, shorts, tights, skirts, socks; moisture-wicking tops as clothing and pants; moisture-wicking underwear; breathable tops as clothing and pants; breathable underwear; sports bras; T-shirts; sports T-shirts; running shirts; tops as clothing; clothing and sports jerseys; tank tops; long-sleeved clothing and sports jerseys; sweatshirts; vests; trousers; sweatpants; running pants; shorts; sports shorts; running shorts; ski pants; clothing jackets; outdoor clothing jackets; sports jackets; sports coats; rain slickers; pelerines; ski jackets; bathing suits; bathing trunks; bikinis; baseball caps; stocking caps; caps being headwear; bathing caps; leg warmers; boxer shorts; socks; sports socks; ankle socks; sports tank tops; underwear; thermal protection clothing, namely, tee-shirts, tops as clothing, singlets, tank tops, long sleeve shirts, sweatshirts, vests, jackets, pants, shorts, tights, skirts, socks; thermal underwear; thermal socks; headwear of thermal textile materials; headbands; neck scarves; gloves; sweat bands; head sweatbands; waist belts; bathrobes; insoles; soles for footwear; heels for shoes; children's shoes; children's clothing, namely, tee-shirts, tops as clothing, singlets, tank tops, long sleeve shirts, sweatshirts, vests, jackets, pants, shorts, tights, skirts, socks; tennis wear; shoe insoles; rubber soles for footwear; foam rubber soles for footwear; tongues and pull straps for shoes and boots; drinking vests in the nature of clothing vests

CLASS 28: Articles for gymnastics and sports, namely, sleds, spring boards, weight lifting belts; Apparatus for gymnastics and sports, namely gymnastic apparatus, body training apparatus; wrist guards for sports; elbow guards for athletic use; knee guards for athletic use; shin guards for athletic use; parallel bars for gymnastics; balance beams

for gymnastics; springboards for gymnastics; starting blocks for sports; body-building apparatus; manually operated exercise equipment; dumbbells; surfboards; windsurf boards; balls for games; balls for sports; soccer balls; rugby balls; training balls in the nature of exercise balls; basketballs; balls for volleyball; inline roller skates; hockey sticks; tennis rackets; skis; ski bindings; snowboards; climber's harnesses; ice skates

CLASS 35: Online retail and wholesale store services featuring downloadable virtual goods, namely, computer programs featuring footwear, apparel, headwear, eyewear, bags, bags for sport, backpacks, sports equipment, gymnastics and sporting goods, toys and fashion accessories for use in online virtual worlds; Retail and wholesale store services for featuring footwear, apparel, headwear, eyewear, bags, bags for sports, backpacks, sports equipment, gymnastics and sporting goods, toys and fashion accessories; online retail and wholesale store services featuring footwear, apparel, headwear, eyewear, bags, bags for sport, backpacks, sports equipment, gymnastics and sporting articles, toys and fashion accessories; promotion of goods and services through sponsorship of sports events; online retail and wholesale store services featuring downloadable virtual goods in the nature of digital image files of footwear, apparel, headwear, eyewear, bags, bags for sport, backpacks, sports equipment, gymnastics and sporting goods, toys and fashion accessories authenticated by non-fungible tokens (NFTs)

CLASS 36: Financial sponsorship of sporting activities; Financial sponsorship of sports athletes; financial sponsorship of entertainment, sporting and cultural activities; financial sponsorship and funding of films

CLASS 38: Telecommunication and communication services , namely electronic data transmission, telecommunication of information in the nature of transmission of information on telecommunications networks via internet webpages, computer programs and any other data, consulting services in the field of communications; Streaming of data, audio and video material on the internet; electronic transmission, broadcasting and reception of audio, video, still images, text, data and multimedia broadcasts on the Internet and other communication networks; transmission of television programs by the internet and other communication networks

CLASS 40: Material treatment services in connection with recycling, namely, treatment and processing of footwear and clothing for recycling purposes; Recycling of footwear and clothing to obtain materials for the production of synthetic fibers; material treatment services in connection with recycling; recycling; waste recycling; recycling as compensation for CO2 emissions

CLASS 41: Physical fitness training services; Sports training services; physical education services; organizing community sporting and cultural events; provision of entertainment services, namely, entertainment services in the nature of development, creation, production and post-production services of multimedia entertainment content in the field of sports; organization and conducting of sporting events and sports competitions; organization and conducting of sporting events in the form of running, swimming and cycling competitions; personal trainer services being fitness training; Health clubs for physical fitness and exercise; conducting physical fitness classes; sports camp services; sports coaching services; production of sound, movie and video recordings; production of radio and television programs for the Internet and other media; providing entertainment services, namely, providing on-line, non-downloadable virtual footwear, apparel, headwear, eyewear, bags, sports bags, backpacks, sports equipment, gym and sporting goods, toys and fashion accessories for use in virtual environments created for entertainment purposes

CLASS 42: Scientific and technological services, namely, scientific research analysis and design relating to running and walking analysis, determination of shoe size, soles for footwear, sports and running footwear, and gymnastic and sporting articles; designing of soles for footwear, sports and running footwear, gymnastic and sporting articles; design and development of computer software and application software for

cellular phones

CLASS 44: Professional consultancy in the field of orthopedics; Medical consultancy based on walking and running analyses; conducting medical running and walking analyses relating to the customized adjustment and fitting of footwear; fitting of orthopedic devices; medical consultancy for the selection of footwear and running footwear; medical analysis services relating to the treatment of humans; advisory services relating to health; health care services

The mark consists of the stylized wording "ON" with the "O" having a rectangular extension and appearing over the "N".

PRIORITY DATE OF 06-21-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1730504 DATED 12-20-2022, EXPIRES 12-20-2032

SER. NO. 79-369,976, FILED 12-20-2022